# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

**JAIME L. TREECE**

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:05mj104/MD

Waived
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 7 & 13 and FSS 322.34(1) | Driving With Suspended License Without Knowledge | 3/20/05 | 1 |

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.   (The fine/SMA has been paid.)

| Assessment | Fine | Restitution |
|---|---|---|
| $ 5.00 | $ 60.00 | $ 0.00 |

Date of Imposition of Sentence - 7/15/05

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 7/8-05

NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 JUL 19 AM 8: 10

FILED